IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-306 |
| vs. | ORDER |
| CHARLES F. MARTIN, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 16) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

3. The indictment is dismissed without prejudice.

4. This case is closed.

Dated this 3rd day of July, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge